IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNICE STRANGIS,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security

    Defendant.

Case No. 17-cv-690-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Bernice Strangis and against defendant Andrew Saul, Commissioner of Social Security reversing the decision of the Commissioner and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ K. Frederickson, Deputy Clerk | September 30, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |